FILED

SEP 21 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TEAL CHERIE HARRIS,<br><br>Defendant. | CR 16-07-BLG-SPW-3<br><br>ORDER |

For the reasons stated on the record,

IT IS HEREBY ORDERED that the continuation of the sentencing hearing for Teal Cherie Harris will commence on **Tuesday, October 11, 2016 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 21st day of September, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1